AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.

KELLY MEGGS

CONNIE MEGGS

GRAYDON YOUNG

LAURA STEELE

*Defendant(s)*

)
)
)
)
)
)
)
)

Case: 1:21-mj-00225
Assigned to: Judge Meriweather, Robin M
Assign Date: 2/11/2021
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ District of _____Columbia_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2 | Aiding and Abetting |
| 18 U.S.C. § 371 | Conspiracy |
| 18 U.S.C. § 1361 | Destruction of Government Property |
| 18 U.S.C. § 1512(c)(2) | Obstruction of an Official Proceeding |
| 18 U.S.C. §§ 1752(a)(1) and (2) | Restricted Building or Grounds Access |
| 18 U.S.C. § 1519 | Obstruction of Justice / Destruction of Records (Graydon Young ONLY) |

This criminal complaint is based on these facts:

See the attached affidavit, which is incorporated herein by reference.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Whitney Drew, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the
requirements of Fed. R. Crim. P. 4.1 by telephone (specify
reliable electronic means)  this, 10th day of August, 2020

Robin M. Meriweather
2021.02.11 23:54:02
-05'00'

_____
*Judge's signature*

Date: _____02/11/2021_____

City and state: _____Washington, D.C._____

Robin M. Meriweather ,U.S. Magistrate Judge
*Printed name and title*